UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALAN WANEK,

          Plaintiff,

COURT FILE NO.: 1:09-cv-00799-WMS

v.

REDLINE RECOVERY SERVICES, LLC,

          Defendant.

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: March 30, 2010

s/ Adam T. Hill
Adam T. Hill, Esq.
Attorney for Plaintiff Alan Wanek
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-802-0021
ahill@consumerlawcenter.com

s/ David G. Peltan
David G. Peltan, Esq.
Attorney for Defendant
REDLINE RECOVERY SERVICES, LLC
Peltan Law, PLLC
128 Church Street
East Aurora, NY 14052
(716) 655-3887
davidpeltan@roadrunner.com